UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. TiaAnn M. Lupeheke            Docket No. 5:15-MJ-1406-1

## Petition for Action on Supervised Release

COMES NOW Mark Culp, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of TiaAnn M. Lupeheke, who, upon an earlier plea of guilty to 21 U.S.C. § 844(a), Simple Possession of Marijuana, was sentenced by the Honorable Kimberly A. Swank, U.S. Magistrate Judge, on June 15, 2016, to special probation under 18 U.S.C. § 3607 for a period of 12 months.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant is currently being supervised in Colorado Springs, CO, by USPO Trisha Skalmusky. USPO Skalmusky has requested to modify the original judgement to include mental health treatment and medication monitoring, as the defendant has a history of mental illness and disclosed this to the probation office.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in and successfully complete a program of mental health treatment, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall pay the cost of treatment as directed by the probation officer.

2. The defendant shall remain medication compliant and shall take all medications that are prescribed by his/her treating psychiatrist. The defendant shall cooperate with random blood tests as requested by his treating psychiatrist and/or supervising probation officer to ensure that a therapeutic level of his/her prescribed medications is maintained.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,            I declare under penalty of perjury that the foregoing is true and correct.

/s/ Eddie J. Smith            /s/ Mark Culp
Eddie J. Smith            Mark Culp
Supervising U.S. Probation Officer            U.S. Probation Officer
310 Dick Street
Fayetteville, NC 28301-5730
Phone: 910-354-2543
Executed On: July 27, 2016

TiaAnn M. Lupeheke
Docket No. 5:15-MJ-1406-1
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __29th__ day of __July__, 2016, and ordered filed and made a part of the records in the above case.

_/s/ Kimberly A. Swank_
Kimberly A. Swank
U.S. Magistrate Judge